79 So.3d 885 (2012)
Randall BOJACK, Appellant,
v.
STATE of Florida, Appellee.
No. 5D11-2324.
District Court of Appeal of Florida, Fifth District.
February 14, 2012.
Kevin R. Monahan, Palatka, for Appellant.
Pamela Jo Bondi, Attorney General, Tallahassee, and Kellie A. Nielan, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Paey v. State, 943 So.2d 919 (Fla. 2d DCA 2006).
ORFINGER, C.J., PALMER and EVANDER, JJ., concur.